## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ASHLEY HANNA**                                    **CIVIL ACTION**

**VERSUS**                                          **NO. 18-596-JWD-RLB**

**RENTAL INSURANCE SERVICES,**
**INC., ET AL.**

## NOTICE

      Please take notice that the attached Magistrate Judge's Report and Recommendations has been filed with the Clerk of the U.S. District Court.

      In accordance with 28 U.S.C. §636(b)(1), you have fourteen (14) days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report.  A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

      **ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

      Signed in Baton Rouge, Louisiana, on November 28, 2018.

          **RICHARD L. BOURGEOIS, JR.**
          **UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ASHLEY HANNA**                                    **CIVIL ACTION**

**VERSUS**                                          **NO. 18-596-JWD-RLB**

**RENTAL INSURANCE SERVICES,**
**INC., ET AL.**

## REPORT AND RECOMMENDATION

Plaintiff filed this matter against defendants Rental Insurance Services, Inc. and John Shevlin on April 23, 2018 in the 21st Judicial District Court. The United States of America removed the matter to this court on May 31, 2018. (R. Doc. 1). On June 7, 2018, the United States of America was substituted as a defendant in place of John Shevlin, and this matter was dismissed with prejudice as to defendant John Shevlin. (R. Doc. 3).

The Court issued an order setting a scheduling conference for August 9, 2018 and ordered that a joint status report be filed by July 26, 2018. The order stated that it was the duty of the plaintiff to prepare, sign, and file the status report in accordance with Attachment A. (R. Doc. 6).

On June 29, 2018, a joint motion to dismiss by Plaintiff and the United States was granted and defendant United States of America was dismissed without prejudice. (R. Doc. 8).

The Court issued an order on August 7, 2018 cancelling the August 9, 2018 scheduling conference and stated that the conference would be reset by separate order.

On August 8, 2018, as there had been no responsive pleadings filed by the remaining defendant, Rental Insurance Services, Inc., the Court reset the August 9, 2018 scheduling conference for September 26, 2018 with the status report due September 12, 2018. The Court informed the plaintiff that "Failure to file the Joint Status Report may result in a show cause order issued to counsel." (R. Doc. 10).

On September 25, 2018, as service of process had not been made on defendant Rental Insurance Services, Inc., as of the date of the order, the Court reset the September 26, 2018 scheduling conference to November 1, 2018 to allow plaintiff time to effect service upon defendant Rental Insurance Services, Inc.  In addition, the order stated that the joint status report was to be filed no later than October 18, 2018. (R. Doc. 11).  In addition, the Court ordered that "…on or before **October 18, 2018**, plaintiff shall show cause, **in writing**, why the claim against defendant Rental Insurance Services, Inc. should not be dismissed under Rule 4(l) and (m) of the Federal Rules of Civil Procedure for lack of service and/or proof of service.  If proof of service is filed into the record by **October 18, 2018**, then no response is due from plaintiff to this order to show cause."

No action was taken by Plaintiff, and on October 31, 2018, the Court cancelled the November 1, 2018 scheduling conference.

A review of the Court's Docket Sheet reflects that the status report has not been filed as ordered by the Court on September 25, 2018. (R. Doc. 11).  In addition, a further review of the Court's Docket Sheet indicates that there has been return of service and no responsive pleadings filed by defendant Rental Insurance Services, Inc. as of this date.

Plaintiff has taken no other action in this case since plaintiff filed the Joint Motion to Dismiss the United States of America, without prejudice. (R. Doc. 7).  The plaintiff has repeatedly ignored orders issued by the court.  As a practical matter, the case cannot proceed against defendant Rental Insurance Services, Inc. if plaintiff does not prosecute it or respond to the court's orders regarding disposition of the case.  Plaintiff's failure to prosecute her own claims effectively deprives defendant Rental Insurance Services, Inc. of the opportunity to defend itself from the allegations made against it.  Plaintiff has repeatedly failed to respond to

court orders and has failed to prosecute this action, including failure to serve the only remaining defendant.

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that Plaintiff's complaint be dismissed as to defendant Rental Insurance Services, Inc. without prejudice.

Signed in Baton Rouge, Louisiana, on November 28, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**