# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ASHLEY HANNA**

**VERSUS**

**RENTAL INSURANCE SERVICES, INC., ET AL.**

**CIVIL ACTION**

**NO. 18-596-JWD-RLB**

## **OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 28, 2018, to which no opposition was filed;

**IT IS ORDERED** that Plaintiff's complaint is dismissed as to defendant Rental Insurance Services, Inc. without prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>December 13, 2018</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**